O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA HERNANDEZ,<br><br>             Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security.<br><br>             Defendant. | CASE NO. ED CV 09-02036 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: August 18, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE